**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JESSIE RAY JACKSON, SR., ) | Case No. 11-10918 - NLJ |
| ) | Chapter 13 |
| Debtor. ) | |

## NOTICE OF CONVERSION

Notice is hereby given of the Conversion of Debtor's case from one under Chapter 13 to a case under Chapter 7.

Respectfully submitted,

s/Tearsa Storms Olson_____
Tearsa Storms Olson, OBA# 30265
Storms Law Office, PC
2400 NW 23rd St., Ste. 102
Oklahoma City, OK 73107
Tel: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on **November 20, 2013,** a copy of the **Debtor's Notice of Conversion** was served by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| | | |
|---|---|---|
| BACK BOWL<br>% WEINSTEIN & RILEY<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302 |
| John Hardeman<br>Chapter 13 Trustee<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302 | VANDA LLC<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE SUITE 400<br>SEATTLE, WA 98121 |

/s/ Tearsa Storms Olson
Tearsa Storms Olson OBA#30265
Storms Law Office, PC
2400 NW 23rd St., Ste. 102
Oklahoma City, OK 73107
Tel: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com